```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 09649
   LUANNE D MATONIK
   JOHN P MATONIK IV                           CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
          Debtor
    SSN XXX-XX-8659      SSN XXX-XX-7736

---------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/09/06 and confirmed on 10/06/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  19319.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG         .00           .00           .00
DELTA COMMUNITY CREDIT U SECURED VEHIC         .00           .00           .00
STATE BANK OF THE LAKES  SECURED           2550.54         94.36        2550.54
WORLD FINANCIAL NETWORK  UNSECURED          145.92           .00          86.37
ECAST SETTLEMENT CORPORA UNSECURED         5553.87           .00        3287.33
RESURGENT CAPITAL SERVIC UNSECURED          447.57           .00         264.92
CITIFINANCIAL            UNSECURED          687.68           .00         407.04
DELL PREFERRED ACCT      UNSECURED          546.33           .00         323.37
ECAST SETTLEMENT CORPORA UNSECURED          426.44           .00         252.41
ECAST SETTLEMENT CORPORA UNSECURED         3980.95           .00        2356.32
ECAST SETTLEMENT CORPORA UNSECURED         3494.41           .00        2068.34
HOME DEPOT               UNSECURED       NOT FILED           .00           .00
KEY FINANCIAL SRV        UNSECURED       NOT FILED           .00           .00
KOHLS                    UNSECURED          767.16           .00         454.08
LTD COMMODITIES          UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA UNSECURED         2312.62           .00        1368.84
MHS PHYSICIAN SERVICES   UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA UNSECURED         1096.47           .00         649.00
TINA LEWIS               UNSECURED       NOT FILED           .00           .00
US BANK TRUST NATIONAL A UNSECURED       NOT FILED           .00           .00
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
CITIFINANCIAL            UNSECURED         4252.07           .00        2516.80
          Summary of disbursements:
---------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2550.54       .00     23711.49         .00       26262.03
PRINCIPAL PAID       2550.54       .00     14034.82         .00       16585.36
```

```
INTEREST PAID              94.36          .00          .00          .00        94.36
TOTAL PAID               2644.90          .00     14034.82          .00     16679.72
```

The Debtor's attorney, KATHLEEN VAUGHT                  , was allowed $   3000.00
and was paid $   1700.00  direct and $   1300.00  through the plan.

The Trustee received $     989.28 .

Refunds to the Debtor totaled $     350.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 07/23/08                    /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE